# NO. 12-21-00047-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BRIAN CONRAD SMITH, APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | | |
| *DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9, APPELLEE* | § | *COUNTY COURT* |
| | § | *SHELBY COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
## *PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

Appellant Brian Conrad Smith, acting pro se, filed a notice of appeal on February 10, 2020.[1] On March 31, 2021, the Clerk of this Court notified Appellant that the notice of appeal failed to contain the information specifically required by Texas Rule of Appellate Procedure 9.5 and Section 51.017(a) of the Texas Civil Practice and Remedies Code. *See* TEX. R. APP. P. 9.5 (service); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record). The notice warned that, unless Appellant filed a proper notice of appeal on or before April 30, the

---

[1] The notice of appeal was not transmitted to this Court until March 31, 2021.

appeal would be referred to the Court for dismissal. This deadline passed and Appellant has not filed a compliant notice of appeal or otherwise responded to this Court's notice.[2]

The Texas Rules of Appellate Procedure expressly require the *filing party*, in this case Appellant, to serve a copy of the notice of appeal on all parties to the proceeding, which includes the court reporter responsible for preparing the reporter's record. *See* TEX. R. APP. P. 9.5, 25.1(e); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a). Because Appellant failed, after notice, to comply with Rule 9.5 and Section 51.017(a), the appeal is dismissed. *See* TEX. R. APP. P. 42.3(c) (on its own initiative after giving ten days' notice to all parties, appellate court may dismiss appeal if appeal is subject to dismissal because appellant failed to comply with a requirement of these rules, a court order, or a notice from the clerk requiring a response or other action within a specified time).

Opinion delivered May 12, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[2] Pro se litigants are held to the same standards as licensed attorneys and must comply with all applicable rules of procedure; otherwise, pro se litigants would benefit from an unfair advantage over parties represented by counsel. **Muhammed v. Plains Pipeline, L.P.**, No. 12-16-00189-CV, 2017 WL 2665180, at *2 n.3 (Tex. App.—Tyler June 21, 2017, no pet.) (mem. op.).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 12, 2021**

**NO. 12-21-00047-CV**

**BRIAN CONRAD SMITH,**
Appellant
V.
**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9,**
Appellee

Appeal from the County Court
of Shelby County, Texas (Tr.Ct.No. 2019-4580CV)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*